UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| MINLANDO YOUNG | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:15-0050 |
| | ) | Judge Haynes/Knowles |
| CORRECTIONAL CORPORATION | ) | |
| OF AMERICA, et al. | ) | |

**REPORT AND RECOMMENDATION**

This is a pro se prisoner action raising claims under 42 U.S.C. § 1983. Plaintiff's Complaint was filed June 4, 2015. Docket Entry No. 1. The undersigned entered an Order on May 5, 2016 (Docket No. 25), instructing Plaintiff to complete the service packet and return it to the Clerk's Office within 21 days of this Order. There is no indication in the file that Defendant has been served with the Summons and Complaint.

The Court notes that the Order entered on May 5, 2016, has been returned to the Clerk's Office as "Return to Sender", "Not Here". Docket Nos. 27, 28. Additionally, previously entered Orders (Docket Nos. 22 and 23) have also been returned to the Clerk's Office. The Order entered by the Honorable William J. Haynes, Jr. on December 10, 2015 (Docket Entry No. 10), provided in part "[Plaintiff] is also forewarned that his prosecution of this action will be jeopardized should he fail to keep the Clerk's Office informed of his current address." Therefore, the undersigned recommends this case be dismissed without prejudice.

Under Rule 72(b) of the Federal Rules of Civil Procedure, any party has fourteen (14) days after service of this Report and Recommendation in which to file any written objections to this Recommendation with the District Court. Any party opposing said objections shall have

fourteen (14) days after service of any objections filed to this Report in which to file any response to said objections. Failure to file specific objections within fourteen (14) days of service of this Report and Recommendation can constitute a waiver of further appeal of this Recommendation. *See Thomas v. Arn,* 474 U.S. 140, 106 S.Ct. 466, 88 L. Ed. 2d 435 (1985), *reh'g denied,* 474 U.S. 111 (1986); 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72.

    IT IS SO ORDERED.

 

_____
E. CLIFTON KNOWLES
United States Magistrate Judge