UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| MINLANDO YOUNG, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 1-15-00050 |
| v. ) | Senior Judge Haynes |
| ) | |
| CORRECTIONAL CORPORATION ) | |
| OF AMERICA, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Docket Entry No. 29) to dismiss without prejudice this action for Plaintiff's failure to comply with the Court's Orders, to keep the Clerk's Office informed of his current address and to prosecute. Plaintiff has not filed an objection.

After de novo review, the Report and Recommendation is **ADOPTED,** and this action is **DISMISSED without prejudice.** Any appeal of this Order would not be in good faith as required by 28 U.S.C. § 1915(a)(3).

This is the Final Order in this action.

It is so **ORDERED.**

ENTERED this the ___ day of July, 2016.

WILLIAM J. HAYNES, JR.
Senior United States District Judge